RUFUS VONTHULEN RHOADES
P.O. Box 7068
Pasadena, CA 91109-7068
Telephone: (626) 683-4566
Facsimile: (626) 792-0195

Attorney for Defendant
PCCE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.; and PCCE, Inc.,<br><br>          Defendants. | Case No. SACV08-00668 JVS (MLGx)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT PCCE, INC.**<br><br>PRETRIAL CONFERENCE AND TRIAL DATES: NOT SET |

Defendant PCCE, Inc. (hereinafter "Defendant" or "PCCE"), for its answer to Plaintiff's Claims, states as follows:

**JURISDICTION AND VENUE**

1.  Responding to paragraph 1 of the complaint, PCCE admits that the complaint appears to be as described, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the complaint, and therefore denies them.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER & AFFIRMATIVE DEFENSES OF
DEF. PCCE / No. SACV08-00668 JVS (MLGx)      - 1 -      23432\2026384.1

2. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the complaint, and therefore denies them.

3. PCCE admits the allegations of paragraph 3 of the complaint.

4. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the complaint, and therefore denies them.

5. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the complaint, and therefore denies them.

6. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the complaint, and therefore denies them.

7. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint, and therefore denies them.

8. Responding to paragraph 8 of the complaint, PCCE admits that Monex International, Ltd., was a California corporation that merged into Monex Corporation and that Monex Corporation changed its name to PCCE, Inc.

9. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the complaint, and therefore denies them.

10. Responding to paragraph 10 of the complaint, PCCE denies that it has its principal place of business at 4910 Birch Street, Newport Beach, California. PCCE admits that it had its principal place of business at 2102 Business Center Drive, # 220L, Irvine, California, is formerly known as Monex Corporation and is the successor of Monex International, Ltd. PCCE denies the remaining allegations of paragraph 10.

11. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the complaint, and therefore denies them.

12. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint, and therefore denies them.

13. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the complaint, and therefore denies them.

14. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the complaint, and therefore denies them.

15. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the complaint, and therefore denies them.

## COUNT I

## Claim To Reduce Federal Tax Assessments To Judgment

16. PCCE incorporates by reference each and all of its Answers and Responses to the allegations contained in Paragraphs 1-15 of the Complaint, as if set forth fully herein.

17. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the complaint, and therefore denies them.

18. PCCE is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the complaint, and therefore denies them.

19. Responding to paragraph 19 of the complaint, PCCE admits that Monex International Ltd, has not fully paid some tax assessments. PCCE is

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 19 of the complaint, and therefore denies them.

20.   PCCE admits the allegations of paragraph 20 of the complaint.

21.   PCCE denies the allegations contained in paragraph 21 of the complaint since it seeks a legal conclusion.

22.   PCCE admits the allegations of paragraph 22 of the complaint.

23.   PCCE denies the allegations contained in paragraph 23 of the complaint since it seeks a legal conclusion.

24.   PCCE denies the allegations contained in paragraph 24 of the complaint.

## COUNT II
### Claim To Impose Alter-Ego / Single-Enterprise Liability

Because neither Count II nor paragraphs 25-71 of the complaint seek relief against PCCE, no answer to Count II by PCCE is necessary. To the extent that any of the allegations are deemed to be against PCCE, PCCE denies the same.

## COUNT III
### Claim To Impose Successor-In-Interest Liability

Because neither Count III nor paragraphs 72- 76 of the complaint seek relief against PCCE, no answer to Count III by PCCE is necessary. To the extent that any of the allegations are deemed to be against PCCE, PCCE denies the same.

## COUNT IV
### Claim To Impose Fraudulent-Conveyee Liability

Because neither Count IV nor paragraphs 77-82 of the complaint seek relief against PCCE, no answer to Count IV by PCCE is necessary. To the extent that any of the allegations are deemed to be against PCCE, PCCE denies the same.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER & AFFIRMATIVE DEFENSES OF DEF. PCCE / No. SACV08-00668 JVS (MLGx)

- 4 -

23432\2026384.1

WHEREFORE, PCCE denies all allegations of liability, denies that the Plaintiff is entitled to a judgment of any sum whatsoever, and prays for a judgment in its favor and against the Plaintiff.

## AFFIRMATIVE DEFENSES OF PCCE

PCCE raises the following as affirmative defenses, but in so doing does not concede that it bears the burden of proof on any of these defenses:

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred in whole or in part by estoppel.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred in whole or in part by waiver.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred for failure to state a claim upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred in whole or in part by unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

Subject to PCCE's further review of the IRS' internal assessment documents and a determination of whether such documents are self-authenticating, PCCE reserves its right to argue that the Plaintiff's claims are barred in whole or in part due to Plaintiff's failure to file within the applicable statute of limitations.

//
//
//
//

1  PCCE reserves the right to amend its answer to include additional affirmative
2  defenses as further discovery may suggest.

4  Dated:  August 24, 2009            Respectfully submitted,

By:         /s/ Rufus T. Rhoades
          Rufus T. Rhoades
          Attorney for Defendant PCCE, Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER & AFFIRMATIVE DEFENSES OF
DEF. PCCE / No. SACV08-00668 JVS (MLGx)          - 6 -                         23432\2026384.1