Neil A. Goteiner (State Bar No. 83524)
    ngoteiner@fbm.com
Deepak Gupta (State Bar No. 226991)
    dgupta@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:   (415) 954-4480

Attorneys for Defendants
COMCO MANAGEMENT
CORPORATION; CONCORD FUNDING
CO., LLC; METCO MANAGEMENT
CORPORATION; MONEX CREDIT CO.;
MONEX DEPOSIT CO.; NEWPORT
SERVICE CORP.

Rufus T. Rhoades
RUFUS VONTHULEN RHOADES
P.O. Box 7068
Pasadena, CA  91109-7068
Telephone:  (626) 683-4566
Facsimile:  (626) 792-0195

Attorney for Defendant
PCCE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.; and PCCE, Inc.,<br><br>                    Defendants. | Case No. SACV08-00668 JVS (MLGx)<br><br>**DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION REQUESTING IRS' RETURN TO DEFENDANTS OF DEFENDANTS DOCUMENTS WHICH THE IRS RECEIVED FROM VINCENT SPONDELLO**<br><br>Date:   None set.<br>Time:  None set.<br>Ctrm:  10 C Hon. James Selna |

I, Neil A. Goteiner, declare as follows:

1.     I am a partner at Farella Braun + Martel LLP in San Francisco, California, am admitted to practice law in California and submit this declaration in support of Defendants' *Ex Parte* Application Requesting Return of Privileged Documents in the above-captioned matter.  I have personal knowledge of the matters stated herein, and if called to testify, could and would testify competently thereto.

2.     During the LECG investigation interviews of Spondello, which I in part attended, Spondello stated that he stole documents from Defendants, as he admitted in his deposition.  During and after this period, I requested the return of these documents and that Spondello work with me to defend against the IRS claim. Spondello ultimately refused.  I explained that the documents were necessary to defend this lawsuit brought by the IRS and that it was Spondello's responsibility as an employee – and long-time employee of Defendant Newport Service Corporation to return the documents and to assist Defendants in the defense of this action. When Spondello refused to cooperate in the defense of the company and return the documents, his employer Defendant Newport Service Corporation, fired him.

3.     I continued to request the documents of Spondello and his attorney Robert Coviello starting with my first conversation with Mr. Coviello on May 27, 2 days before Spondello testified he sent the 25 boxes to the IRS and 3 days before his whistleblower attorney sent the May 30 memorandum with the document inventory identifying some privileged documents.

4.     On June 22 in attempting collect documents for the state court action, I asked Mr. Coviello point blank if Spondello had given the documents to the Government, but Coviello would not answer the question.  Finally on June 24, Coviello admitted to me that Spondello had provided all documents to the IRS and that he had no documents to produce in the state litigation.

FARELLA BRAUN & MARTEL LLP
235 MONTGOMERY STREET, 17TH FL
SAN FRANCISCO, CA 94104
(415) 954-4400

GOTEINER DECL. I/S/O DEFS' EX PARTE APP.
RE: RETURN OF DOCUMENTS          - 2 -
Case No. SACV08-00668 JVS (MLGx)          23432\2047700.1

1    5.    After initially witholding Robert Stientjes' May 30, 2009

2  memorandum to the IRS, Coviello finally produced it on September 8, 2009.  The

3  memo identified communications and notes of communications between MDC and

4  the defendants' officers and its outside counsel about tax matters and states that

5  several folders and documents have "Taint Issues."  There are also descriptions of

6  documents that appear to relate to the exchange of legal advice that are not flagged

7  as having "Taint Issues," underlining why Defendants should be doing their own

8  privileged review.

9

10   I declare under penalty of perjury under the laws of the United States of

11  America that the foregoing is true and correct and that this Declaration was

12  executed this 18th day of September in San Francisco, California.

13

14   /s/ Neil A. Goteiner
     Neil A. Goteiner

FARELLA BRAUN & MARTEL LLP
235 MONTGOMERY STREET, 17TH FL.
SAN FRANCISCO, CA 94104
(415) 954-4400

GOTEINER DECL. I/S/O DEFS' EX PARTE APP.
RE: RETURN OF DOCUMENTS          - 3 -                          23432\2047700.1
Case No. SACV08-00668 JVS (MLGx)