NEIL A. GOTEINER (State Bar No. 83524)
  ngoteiner@fbm.com
DEEPAK GUPTA (State Bar No. 226991)
  dgupta@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
COMCO MANAGEMENT CORPORATION;
CONCORD FUNDING CO., LLC; METCO
MANAGEMENT CORPORATION; MONEX
CREDIT CO.; MONEX DEPOSIT CO.;
NEWPORT SERVICE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.; and PCCE, Inc.,<br><br>Defendants. | Case No. SACV08-00668 JVS (MLGx)<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF COMCO MANAGEMENT CORPORATION, CONCORD FUNDING CO., LLC, METCO MANAGEMENT CORPORATION, MONEX CREDIT CO., MONEX DEPOSIT CO. AND NEWPORT SERVICE CORP.**<br><br>TRIAL DATE:   July 26, 2011 |

Defendants Comco Management Corporation, Concord Funding Company, Metco Management Corporation, Monex Credit Company, Monex Deposit Company and Newport Service Corporation (hereinafter "Answering Defendants"), for their answers to Plaintiff's Claims, state as follows:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)

23432\2105064.2

1.  Responding to paragraph 1 of the complaint, Answering Defendants admit that the complaint appears to be as described, but are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 1 of the complaint, and therefore deny them.

2.  Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the complaint, and therefore deny them.

3.  Answering Defendants admit the allegations of paragraph 3 of the complaint.

4.  Answering Defendants admit the allegations of paragraph 4 of the complaint.

5.  Answering Defendants deny the allegations of paragraph 5 of the complaint.

6.  Answering Defendants admit the allegations of paragraph 6 of the complaint.

7.  Answering Defendants admit the allegations of paragraph 7 of the complaint.

8.  Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the complaint, and therefore deny them.

9.  Answering Defendants admit the allegations of paragraph 9 of the complaint.

10. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the complaint, and therefore deny them.

11. Answering Defendants admit the allegations of paragraph 11 of the complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)

- 2 -

23432\2105064.2

12. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the complaint, and therefore deny them.

13. Responding to paragraph 13 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 13 of the complaint, and therefore deny them.

14. Responding to paragraph 14 of the complaint, Answering Defendants deny the complaint's characterization of them as "New Monex Entities." Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 14 of the complaint, and therefore deny them.

15. Responding to paragraph 15 of the complaint Answering Defendants deny that the named individuals may be characterized as "Principals of the Monex Enterprise." Answering Defendants admit that Michael Carabini is a Principal of some or all of the Answering Defendants. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 15 of the complaint, and therefore deny them.

**COUNT I**
**Claim to reduce federal tax assessments to judgment**

Because neither Count I nor paragraphs 16-24 of the complaint seek relief against Answering Defendants, no answer to Count I by Answering Defendants is necessary. To the extent that any of the allegations are deemed to be against Answering Defendants, Answering Defendants deny the same.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)

- 3 -

23432\2105064.2

# COUNT II
## Claim to impose alter-ego / single-enterprise liability

*General allegations*

25. Answering Defendants incorporate by reference each and all of their Answers and Responses to the allegations contained in Paragraphs 1-24 of the Complaint, as if set forth fully herein.

26. Answering Defendants deny the allegations contained in paragraph 26 of the complaint.

27. Responding to paragraph 27 of the complaint, Answering Defendants deny that Louis Carabini owns or controls the Answering Defendants. The Answering Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 27 of the complaint, and therefore deny them.

28. Answering Defendants deny the allegations contained in paragraph 28 of the complaint, and all subparts therein.

29. Answering Defendants deny the allegations contained in paragraph 29 of the complaint.

30. The Answering Defendants are without knowledge or information sufficient to form a belief as to the allegations of paragraph 30 of the complaint, and therefore deny them.

31. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the complaint, and therefore deny them.

32. Answering Defendants neither answer nor deny this allegation, but refer to the decision itself.

33. Answering Defendants neither answer nor deny this allegation as it asserts a legal opinion, but refer to the decision itself.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx) - 4 - 23432\2105064.2

1    34.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the complaint, and therefore deny them.

2    35.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the complaint, and therefore deny them.

3    36.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the complaint, and therefore deny them.

4    37.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the complaint, and therefore deny them.

5    38.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the complaint, and therefore deny them.

6    39.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the complaint, and therefore deny them.

7    40.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the complaint, and therefore deny them.

8    41.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the complaint, and therefore deny them.

9    42.    Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the complaint, and therefore deny them.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)                - 5 -                23432\2105064.2

43. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the complaint, and therefore deny them.

44. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the complaint, and therefore deny them.

45. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the complaint, and therefore deny them.

46. Responding to paragraph 46 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." Answering Defendants admit that Monex Deposit Company is engaged in the retail sale of precious metals to the general public and Monex Credit Company provides financing related to such sales. Answering Defendants further admit that Monex Deposit Company makes money through commissions, Monex Credit Company makes money through service charges and interest and Concord Funding Company makes money through interest. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 46 of the complaint, and therefore deny them.

47. Responding to paragraph 47 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." The Answering Defendants deny the remaining allegations contained in paragraph 47 of the complaint.

48. The Answering Defendants admit that Monex Deposit Company and Monex Credit Company are California Limited Partnerships formed in 1987. The Answering Defendants deny all remaining allegations contained in paragraph 48 of the complaint.

49. The Answering Defendants admit the allegations of paragraph 49 of the complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)

- 6 -

23432\2105064.2

50. The Answering Defendants admit the allegations of paragraph 50 of the complaint.

51. Responding to paragraph 51 of the complaint, the Answering Defendants admit that Newport Service Corporation provides the Answering Defendants with some administrative, data processing, personnel, accounting, legal, purchasing or other operational services. The Answering Defendants deny all remaining allegations contained in paragraph 51 of the complaint.

52. The Answering Defendants deny the allegations contained in paragraph 52 of the complaint.

53. Responding to paragraph 53 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." Furthermore, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the complaint due to incomprehensibility of the phrase "integrally tied", and therefore deny them.

54. The Answering Defendants admit the allegations of paragraph 54 of the complaint.

55. The Answering Defendants admit the allegations of paragraph 55 of the complaint.

56. Responding to paragraph 56 of the complaint, the Answering Defendants deny that Louis Carabini owns or controls Answering Defendants. Answering Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 56 of the complaint, and therefore deny them.

57. Responding to paragraph 57 of the complaint, the Answering Defendants admit that some employees formerly with Monex International were later employed by Newport Service Corporation. Answering Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations of paragraph 57 of the complaint, and therefore deny them.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)   - 7 -   23432\2105064.2

58. Answering Defendants are without knowledge or information sufficient to form a belief as to the allegations of paragraph 58 of the complaint, and therefore deny them.

59. Responding to paragraph 59 of the complaint, Answering Defendants are without knowledge or information sufficient to form a belief as to the allegations of paragraph 59 of the complaint, and therefore deny them.

60. Responding to paragraph 60 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." The Answering Defendants admit that they use the referenced phone numbers. Answering Defendants deny the remaining allegations of paragraph 60 of the complaint.

61. Responding to paragraph 61 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." The Answering Defendants admit that Monex Deposit Company, Monex Credit Company and Newport Service Corporation use office space at the referenced address. Answering Defendants deny the remaining allegations of paragraph 61 of the complaint.

62. Responding to paragraph 62 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." The Answering Defendants deny the remaining allegations contained in paragraph 62 of the complaint.

63. Responding to paragraph 63 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." The Answering Defendants deny the remaining allegations contained in paragraph 63 of the complaint.

64. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the complaint and therefore deny them.

65. Responding to paragraph 65 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." The Answering Defendants admit that Monex Deposit Company and Monex Credit Company purchased the right to use the "Monex" name. Answering Defendants are without knowledge or

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)   - 8 -   23432\2105064.2

information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 65 of the complaint and therefore deny them.

66. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the complaint and therefore deny them.

67. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the complaint and therefore deny them.

68. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the complaint and therefore deny them.

69. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the complaint and therefore deny them.

70. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the complaint and therefore deny them.

71. The Answering Defendants deny the allegations contained in paragraph 71 of the complaint.

## COUNT III
**Claim to impose successor-in-interest liability**

72. Answering Defendants incorporate by reference each and all of their Answers and Responses to the allegations contained in Paragraphs 1-71 of the Complaint, as if set forth fully herein.

73. The Answering Defendants deny the allegations contained in paragraph 73 of the complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)     - 9 -                                    23432\2105064.2

74. The Answering Defendants deny the allegations contained in paragraph 74 of the complaint.

75. Responding to paragraph 75 of the complaint, the Answering Defendants deny there is a "Monex Enterprise." Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the complaint, and therefore deny them.

76. The Answering Defendants deny the allegations contained in paragraph 76 of the complaint.

## COUNT IV
## Claim to impose fraudulent-conveyee liability

77. Answering Defendants incorporate by reference each and all of their Answers and Responses to the allegations contained in Paragraphs 1-76 of the Complaint, as if set forth fully herein.

78. The Answering Defendants deny the allegations contained in paragraph 78 of the complaint.

79. The Answering Defendants deny the allegations contained in paragraph 79 of the complaint.

80. The Answering Defendants deny the allegations contained in paragraph 80 of the complaint.

81. The Answering Defendants deny the allegations contained in paragraph 81 of the complaint.

82. The Answering Defendants deny the allegations contained in paragraph 82 of the complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)

- 10 -

23432\2105064.2

WHEREFORE, Answering Defendants deny all allegations of liability, deny that the Plaintiff is entitled to a judgment of any sum whatsoever, and pray for a judgment in their favor and against the Plaintiff.

**AFFIRMATIVE DEFENSES OF ANSWERING DEFENDANTS**

Answering Defendants raise the following as affirmative defenses, but in so doing do not concede that they bear the burden of proof on any of these defenses:

**FIRST AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred in whole or in part by estoppel.

**SECOND AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred in whole or in part by waiver.

**THIRD AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred for failure to state a claim upon which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred in whole or in part by unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred in whole or in part by the doctrine of laches.

**SIXTH AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred in whole or in part by the doctrine of accord and satisfaction.

**SEVENTH AFFIRMATIVE DEFENSE**

The Plaintiff's claims are barred in whole or in part by payment.

**EIGHTH AFFIRMATIVE DEFENSE**

Subject to Answering Defendants' further review of the IRS' internal assessment documents and a determination of whether such documents are self-authenticating, Answering Defendants reserve their right to argue that the Plaintiff's

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx) - 11 - 23432\2105064.2

claims are barred in whole or in part due to Plaintiff's failure to file within the applicable statute of limitations.

Answering Defendants reserve the right to amend this answer to include additional affirmative defenses as further discovery may suggest.

Dated: November 25, 2009        FARELLA BRAUN + MARTEL, LLP

By: _____/s/ Neil A. Goteiner_____
     Neil A. Goteiner
Attorneys for Defendants
   COMCO MANAGEMENT
   CORPORATION; CONCORD FUNDING
   CO., LLC; METCO MANAGEMENT
   CORPORATION; MONEX CREDIT CO.;
   MONEX DEPOSIT CO.; NEWPORT
   SERVICE CORP.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ANSWER AND AFFIRMATIVE DEFENSES
Case No. SACV08-668 JVS (MLGx)           - 12 -                    23432\2105064.2