| | |
|---|---|
| ANDRÉ BIROTTE JR.<br>United States Attorney<br>SANDRA R. BROWN<br>Assistant United States Attorney<br>Chief, Tax Division<br>ANDREW T. PRIBE (CA SBN: 254904)<br>Assistant United States Attorney<br>300 N. Los Angeles Street<br>Federal Building, Room 7211<br>Los Angeles, California 90012<br>Telephone: (213) 894-6551<br>Facsimile: (213) 894-0115<br>E-mail: andrew.t.pribe@usdoj.gov<br><br>*Attorneys for the United States of America* | NEIL GOTEINER (SBN 83524)<br>  ngoteiner@fbm.com<br>DEEPAK GUPTA (SBN 226991)<br>  dgupta@fbm.com<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>*Attorneys for Comco Management Corp.; Concord Funding Co., LLC; Metco Management Corp.; Monex Credit Co.; Monex Deposit Co.; Newport Service Corp.*<br><br>RUFUS VONTHULEN RHOADES<br>P.O. Box 7068<br>Pasadena, CA 91109-7068<br>Telephone: (626) 683-4566<br>Fax: (626) 792-0195<br><br>*Attorney for PCCE, Inc.* |

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.; and PCCE, Inc.,<br><br>    Defendants. | Case No.: SACV08-668 JVS(MLGx)<br><br>[Proposed] order to continue trial and extend all pre-trial deadlines<br><br>Judge James V. Selna |

On stipulation of the parties and for good cause shown, the scheduling order is modified as follows.

  a. Court trial:       February 28, 2012

  b. Final pre-trial conference: February 13 , 2012

  c. File pre-trial documents:  January 30, 2012

1

|   |    |                              |                                |
|---|----|------------------------------|--------------------------------|
| d.| | File motions in limine:       | January 16, 2012               |
| e.| | Discovery cut-off:            | September 19, 2011             |
| f.| | Expert discovery cut-off:     | September 19, 2011             |
| g.| | Initial expert disclosures:   | July 25, 2011                  |
| h.| | Rebuttal expert disclosures:  | August 22, 2011                |
| i.| | Law and motion cut-off:       | December 12, 2011              |
| j.| | Motion filing deadline:       | November 14, 2011              |
| k.| | Settlement conference:        | No later than August 31, 2011. |

The parties shall file a Joint Report of the parties regarding the outcome of any settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations no later than ten (10) days after the settlement conference.

IT IS SO ORDERED:

**DENIED**
BY ORDER OF THE COURT

DATED: _____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

The Court will consider modification of any dates other than the pretrial conference and trial date.  JVS 8-23-10