| | |
|---|---|
| ANDRÉ BIROTTE, JR.<br>United States Attorney<br>SANDRA R. BROWN<br>Assistant U.S. Attorney<br>Chief, Tax Division<br>ANDREW T. PRIBE (SBN: 264904)<br>   andrew.t.pribe@usdoj.gov<br>Assistant United States Attorney<br>300 North Los Angeles Street<br>Federal Building, Room 7211<br>Los Angeles, CA  90012<br>Telephone:  (213) 894-6551<br>Facsimile:    (213) 894-0115<br><br>Attorneys for Plaintiff<br>   UNITED STATES OF AMERICA | NEIL GOTEINER (State Bar No. 83524)<br>   ngoteiner@fbm.com<br>DEEPAK GUPTA (State Bar No. 226991)<br>   dgupta@fbm.com<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:    (415) 954-4480<br><br>Attorneys for Defendants<br>   COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.<br><br>RUFUS VONTHULEN RHOADES<br>P.O. Box 7068<br>Pasadena, CA  91109-7068<br>Telephone:  (626) 683-4566<br>Facsimile:    (626) 792-0195<br><br>Attorney for Defendant<br>   PCCE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.; and PCCE, INC.,<br><br>              Defendants. | Case No. SACV08-00668 JVS (RNB)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE DEADLINE**<br><br>**Judge James V. Selna** |

1    On stipulation of the parties and for good cause shown, the Settlement
2 Conference Deadline is continued from its present date of August 31, 2010 to
3 March 31, 2011.
4    The parties shall file a Joint Report of the parties regarding the outcome of
5 any settlement discussions, the likelihood of possible further discussions and any
6 help the Court may provide with regard to settlement negotiations no later than ten
7 (10) days after the settlement conference.

9    IT IS SO ORDERED:

10
11   DATED: September 03, 2010

         _____
         JAMES V. SELNA
         UNITED STATES DISTRICT JUDGE