ANDRÉ BIROTTE
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
   300 N. Los Angeles Street
   Federal Building, Room 7211
   Los Angeles, CA  90012
       Telephone:  (213) 894-6551
       Fax:            (213) 894-0115
       E-mail:        andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: SA CV 08-668 JVS(RNBx) |
| Plaintiff, | |
| vs. | Judgment |
| COMCO MANAGEMENT CORPORATION; CONCORD FUNDING CO., LLC; METCO MANAGEMENT CORPORATION; MONEX CREDIT CO.; MONEX DEPOSIT CO.; NEWPORT SERVICE CORP.; and PCCE, INC. | |
| Defendant | |

///
///
///
///
///

1     Based on the stipulation for judgment and for good cause shown:

2     Judgment is entered in favor of the United States and against Private Civil
3 Corps Enterprise, Inc. (formerly known as PCCE, Inc.) in the amount of
4 $378,237,162.42 as of June 15, 2008, plus subsequent statutory accruals including
5 interest and penalties.

6     IT IS SO ORDERED.

7

8 DATED:    August 02, 2011    _____
9                 JAMES V. SELNA
10                UNITED STATES DISTRICT JUDGE